# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**CATRECIA SCAIFE**                                                                        **PLAINTIFF**

**V.**                  **CASE NO.: 2:13CV00076-SWW-BD**

**CAROLYN W. COLVIN, Commissioner,**                            **DEFENDANT**
**Social Security Administration**

## **ORDER**

The Court has received the Recommended Disposition filed by Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommended Disposition, as well as a de novo review of the record, the Court concludes the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety. Accordingly, the decision of the Commissioner is affirmed and Plaintiff's Complaint (docket entry #2) is DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED, this 29th day of January, 2015.

                                                                      /s/Susan Webber Wright
                                         UNITED STATES DISTRICT JUDGE