# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**CATRECIA SCAIFE**                                                              **PLAINTIFF**

**V.**                   **CASE NO.: 2:13CV00076-SWW-BD**

**CAROLYN W. COLVIN, Commissioner,**                          **DEFENDANT**
**Social Security Administration**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED, this 29th day of January, 2015.

                                                   /s/Susan Webber Wright
                                                   UNITED STATES DISTRICT JUDGE